UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 315-32628RLD7
HAZEL, JACOB LEE )
HAZEL, KAYLEE PAIGE ) NOTICE OF INTENT TO Sell
) Property at Private Sale, Compensate
) Real Estate Broker, and/or Pay any
) Secured Creditor's Fees and Costs
) [NOTE: DO NOT use to sell personally
Debtor(s) ) identifiable information about individuals!]

1. An offer has been received by the trustee from __Candice Marsh__, whose relation to the debtor(s) is none, to purchase the following estate property (NOTE: If real property, state street address here. Also attach legal description as an Exhibit to the original filed with the court):

the debtors' residence located at 3000 NE Panache Pl. Fairview, 97024 more particularly described as Lot 1, Heron Pointe, in the City of Fairview, County of Multnomah, State of Oregon

for the sum of $ 200,000.00 upon the following terms: cash, as is.

2. Gross sales price: $ 200,000.00. All liens on the property total: $ ***exceeds sale price, of which the trustee believes a total of $ na need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable). Secured creditor(s) also seek(s) reimbursement of $ 0.00 for fees and costs. Total sales costs will be : $ 2,000.00. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $ *** this is a short sale subject to lender approval including but not limited to approval of the sale price and a carve out or buyer's premium payable to the bankruptcy estate in the sum of $10,000.00.

3. [If real property] The court appointed real estate broker, Lynnette May, will be paid 14,000.00.

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless within 23 days of the Trustee's date below, the trustee receives a bid exceeding the above offer by at least $5,000.00 (and upon the same or more favorable terms to the estate), or an interested party **both**: (1) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for such objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; or if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), **and** (2) serves a copy thereof on the trustee, KENNETH S. EILER, at PMB 810, 515 NW SALTZMAN RD, PORTLAND, OR 97229.

If no objection is filed, but the trustee receives any upset bids in the manner required above within 23 days of the Trustee's date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

FOR FURTHER INFORMATION CONTACT: Ken Eiler: kenneth.eiler7@gmail.com; 503-292-6020.

DATE: November 16, 2015 /s/ KENNETH S. EILER
KENNETH S. EILER, Trustee
760 (7/2/12)